# Order

Michigan Supreme Court
Lansing, Michigan

January 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152810(87)

MIDWEST MEMORIAL GROUP, LLC, ACACIA PARK CEMETERY, ALBION MEMORY GARDENS, CADILLAC MEMORIAL GARDENS EAST, CADILLAC MEMORIAL GARDENS WEST, CHAPEL GARDENS, EASTLAWN MEMORIAL GARDENS AND MAUSOLEUM, ELM LAWN CEMETERY, FLORAL VIEW MEMORIAL GARDENS, FOREST LAWN MEMORIAL GARDENS, GARDEN OF REST MEMORIAL PARK, GRACELAND MEMORIAL PARK AND MAUSOLEUM, GRANDLAWN CEMETERY AND MAUSOLEUM, HILLCREST MEMORIAL PARK, KENT MEMORIAL GARDENS, MIDLAND MEMORIAL GARDENS, MOUNT HOPE MEMORIAL GARDENS, NORTHLAND CHAPEL GARDENS, OAKLAND HILLS MEMORIAL GARDENS, OAKLAWN CHAPEL GARDENS, OAKVIEW CEMETERY, OAKWOOD MEMORIAL MAUSOLEUM, RESTLAWN MEMORIAL GARDENS, ROSELAND PARK CEMETERY, ROSELAWN MEMORIAL GARDENS, UNITED MEMORIAL GARDENS, WASHTENONG MEMORIAL PARK AND MAUSOLEUM, WOODLAWN CEMETERY, and WOODMERE CEMETERY,
       Plaintiffs-Appellees,

v

SC: 152810
COA: 322338
Ingham CC: 2010-000025-CR

CITIGROUP GLOBAL MARKETS, INC. d/b/a SMITH BARNEY, CURRIE KENDALL, PETER JENSEN, CLAYTON SMART, KIMBERLY

SINGER, MARK SINGER, MKS FAMILY, LLC,
INTERNATIONAL FUND SERVICES,
              Defendants,
and

PLANTE & MORAN, PLLC,
              Defendant-Appellant.
_____/

        On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before February 11, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016           

                                                        Clerk